# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11600-LTS |
| FARAH NOERAND,<br><br>*Plaintiff*,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Civil Action No. 1:20-cv-11271-LTS |

## JOINT STATUS REPORT

Pursuant to the Court's order of August 27, 2020 in the above-captioned cases, ECF # 9 and ECF #26, respectively, the parties submit this joint status report proposing a schedule for proceedings related to the Commonwealth's Motion for Preliminary Injunction, No. 20-cv-

11600, ECF # 3, and for any further proceedings or briefing related to the scope of the preliminary injunction in the *Noerand* action, No. 20-cv-11271, ECF #16.

Due to the similarity of the issues that the two cases present, in order to avoid duplicative and unnecessary briefing in these matters, and in the interest in judicial economy, the Commonwealth of Massachusetts, Farah Noerand, and the defendants in both matters hereby agree and propose that:

1. The parties will forego any further briefing on the Commonwealth's Motion for Preliminary Injunction, and the Court will recognize that defendants oppose the Motion on the same bases that they opposed the Motion for Preliminary Injunction in *Noerand*, No. 1:20-cv-11271-LTS, ECF #10.

2. The Commonwealth will waive any merits arguments in its Motion for Preliminary Injunction that go beyond the likelihood of success on the merits already decided by the Court in *Noerand*, No. 1:20-cv-11271-LTS, ECF #16.

3. The Commonwealth will waive any argument that nationwide relief is the appropriate remedy with respect to its Motion for Preliminary Injunction and requests only a statewide preliminary injunction.

4. Ms. Noerand withdraws, without prejudice, her request for statewide relief in her Motion for Preliminary Injunction, and no further briefing or decision will be required on that Motion.

5. The deadline for defendants to answer the complaint in *Noerand* will be extended indefinitely. Once the Court has entered an order on the Commonwealth's Motion for

Preliminary Injunction, the parties in both cases will confer as to a date by which an answer or motion to dismiss will be filed.

Date:   August 28, 2020

        Respectfully submitted,

        **MAURA HEALEY**
        Attorney General
        Commonwealth of Massachusetts

        */s/ Abigail B. Taylor*
        Abigail B. Taylor
        Jonathan Burke
        Abrisham Eshghi
        David Ureña
        Assistant Attorneys General
        Office of the Attorney General
        One Ashburton Place
        Boston, MA 02108
        Tel. (617) 727-2200
        abigail.taylor@mass.gov
        jonathan.burke@mass.gov
        abrisham.eshghi@mass.gov
        david.urena@mass.gov

        FARAH NOERAND
        By her attorneys,

        */s/ Rachel C. Hutchinson*
        Dean Richlin (Bar Roll No. 419200)
        Jeremy W. Meisinger (Bar Roll No. 688283)
        Rachel C. Hutchinson (Bar Roll No. 696739)
        FOLEY HOAG LLP 155 Seaport Boulevard
        Boston, Massachusetts 02210 Telephone: (617) 832-1000
        Facsimile: (617) 832-7000
        ehutchinson@foleyhoag.com

        Iris Gomez (Bar Roll No. 201000)

Deirdre M. Giblin (Bar Roll No. 566547)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 800 Boston, MA 02108

ELISABETH DEVOS, SECRETARY OF THE
UNITED STATES DEPARTMENT OF
EDUCATION, AND THE UNITED STATES
DEPARTMENT OF EDUCATION

By their attorney,

Andrew E. Lelling
United States Attorney

By:

Annapurna Balakrishna (Bar Roll No. 655051)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA 02210
Telephone: 617-748-3111
Annapurna.balakrishna@usdoj.gov

**CERTIFICATE OF SERVICE**

      I, Abigail B. Taylor, counsel for Plaintiff Commonwealth of Massachusetts, hereby certify that this document has been filed on August 28, 2020, through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       */s/  Abigail B. Taylor*

**CERTIFICATE OF SERVICE**

      I, Rachel C. Hutchinson, counsel for Plaintiff Farah Noerand, hereby certify that this document has been filed on August 28, 2020, through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                       */s/  Rachel C. Hutchinson*