# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11600-LTS |
| FARAH NOERAND,<br><br>*Plaintiff*,<br><br>v.<br><br>BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education, and THE UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants*. | Civil Action No. 1:20-cv-11271-LTS |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's order of September 3, 2020, in the above-captioned cases, respectively, the parties submit this joint status report proposing a schedule for further proceedings in these cases.

Due to the similarity of the issues that the two cases present, in order to avoid duplicative and unnecessary briefing in these matters, and in the interest in judicial economy, the Commonwealth of Massachusetts, Farah Noerand, and the defendants in both matters hereby agree and propose that:

1. Defendants will answer the complaints in both cases by November 23, 2020.

2. Defendants will file an administrative record in both cases by December 4, 2020.

3. By January 4, 2020, the parties will file a status report to propose a schedule for disposition of the case.

Date:   October 5, 2020

                                        Respectfully submitted,

                                        **MAURA HEALEY**
                                        Attorney General
                                        Commonwealth of Massachusetts

                                        */s/ Abigail B. Taylor*
                                        Abigail B. Taylor
                                        Jonathan Burke
                                        Abrisham Eshghi
                                        David Ureña
                                        Assistant Attorneys General
                                        Office of the Attorney General
                                        One Ashburton Place
                                        Boston, MA 02108
                                        Tel. (617) 727-2200
                                        abigail.taylor@mass.gov
                                        jonathan.burke@mass.gov
                                        abrisham.eshghi@mass.gov
                                        david.urena@mass.gov

                                        **FARAH NOERAND**
                                        By her attorneys,

                                        */s/ Rachel C. Hutchinson*
                                        Dean Richlin (Bar Roll No. 419200)
                                        Jeremy W. Meisinger (Bar Roll No. 688283)

Rachel C. Hutchinson (Bar Roll No. 696739)
FOLEY HOAG LLP 155 Seaport Boulevard
Boston, Massachusetts 02210 Telephone: (617) 832-1000
Facsimile: (617) 832-7000
ehutchinson@foleyhoag.com

Iris Gomez (Bar Roll No. 201000)
Deirdre M. Giblin (Bar Roll No. 566547)
MASSACHUSETTS LAW REFORM INSTITUTE
40 Court Street, Suite 800 Boston, MA 02108

**ELISABETH DEVOS, SECRETARY OF THE UNITED STATES DEPARTMENT OF EDUCATION, AND THE UNITED STATES DEPARTMENT OF EDUCATION**

By their attorney,

Andrew E. Lelling
United States Attorney

By:

/s/ *Annapurna Balakrishna*
Annapurna Balakrishna (Bar Roll No. 655051)
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA 02210
Telephone: 617-748-3111
annapurna.balakrishna@usdoj.gov