UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION; and BETSY DEVOS, in her official capacity as Secretary of the United States Department of Education,<br><br>Defendants. | Civil Action No. 20-cv-11600-LTS |

**NOTICE OF APPEAL**

Notice is hereby given that the defendants in the above-captioned case, who are Elisabeth DeVos, in her official capacity as Secretary of the United States Department of Education, and the United States Department of Education, hereby appeal to the United States Court of Appeals for the First Circuit from the district court's (Sorokin, J.) July 24, 2020, "*Order on Motion for Preliminary Injunction (Doc. No. 3)*" (Doc. No. 11).

Respectfully submitted,

Elisabeth DeVos, in her official capacity as Secretary of Education, and the United States Department of Education

By their attorney,

Andrew E. Lelling
United States Attorney

*/s/ Annapurna Balakrishna*
Annapurna Balakrishna
Assistant United States Attorney
United States Attorney's Office
One Courthouse Way, Suite 9200
Boston, Massachusetts 02210
Tel.: 617-748-3111
Email: annapurna.balakrishna@usdoj.gov