# United States Court of Appeals
## For the First Circuit

No. 20-2058

COMMONWEALTH OF MASSACHUSETTS

Plaintiff - Appellee

v.

PHILIP H. ROSENFELT, in his official capacity as Secretary of the United States Department of Education; UNITED STATES DEPARTMENT OF EDUCATION

Defendants - Appellants

**MANDATE**

Entered: May 20, 2021

In accordance with the judgment of May 20, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Annapurna Balakrishna
Jonathan T. Burke
Abrisham Eshghi
Alisa Beth Klein
Donald Campbell Lockhart
Michael Shih
Abigail Taylor